UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TORI DANYALE REESE, JR.,

    Plaintiff,

v.                                                                            Case No. 3:19cv3619-LC-HTC

G. BROWN, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 10, 2020 (doc. 12). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to prosecute, failure to comply with Court orders, and failure to state a claim.

3. The clerk shall close this file.

**DONE AND ORDERED** this 8th day of April, 2020.

*s/L.A. Collier*
**LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:19cv3619-LC-HTC